In the Matter of CHRISTIAN BORS, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EUGENE M. TRAVIS, as Comptroller of the State of New York,v. AMERICAN CITIES COMPANY and Others.—Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of HETTY H. R. GREEN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

STANLEY FLETCHER, Appellant, v. GROSVENOR NICHOLAS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ANESSTO VERNARD, Respondent, v. THE YOUROVETA HOME AND FOREIGN TRADE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

STEPHEN WISE and Another, Trading as COLONIAL TEXTILE MILLS, Respondents, v. JACOB BLUMENTHAL, Trading as J. BLUMENTHAL & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GUSSIE ·KURSHINSKY, as Administratrix, etc., of JOSEPH FEIGENBAUM, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered, including interest and costs, to the sum of $7,892.35; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SOLOMON A. LEVY, Appellant, v. LOUIS NOSCHKES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JAMES H. POSTLETHWAITE, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent, Impleaded with SPENCER & COMPANY.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of MARY BROWNE, Respondent, v. JAMES V. BROWNE, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SAMUEL EICHENBAUM and Another, as Copartners, etc., Respondents, v. STEPHEN H. JACKSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SAMUEL EICHENBAUM and Another, as Copartners, etc., Respondents, v.

STEPHEN H. JACKSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JAMES T. BRAXTON, as Administrator of EUGENE BRAXTON, Deceased, Appellant, v. BENJAMIN S. MENDELSON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

DANTE GIANNETTINO, an Infant, by JOHN GIANNETTINO, His Guardian ad Litem, Respondent, v. MAKS WEISS, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the authority of Muller v. Hillenbrand (227 N. Y. 448). Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

INTEROCEAN FORWARDING COMPANY, Appellant, v. CHARLES R. Mc-CORMICK & COMPANY, Respondent.— Order affirmed, with costs. (See Keeveney v. McCormick & Co., 266 Fed. Rep. 314.) Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CLIFFORD S. WOODRUFF, Appellant, v. MAX GERMANSKY, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Merrell, J., dissenting.

In the Matter of JAMES T. BUNT, an Attorney.—Application for reargument or for leave to appeal to the Court of Appeals denied. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISIDORE BERNSTEIN v. FRANCES BERNSTEIN.— Motion to dismiss appeal denied; the appeal to be noticed for argument and placed on calendar for December 3, 1920, and argued or submitted on that day. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX ESHUK.— Motion granted and order of April 23, 1920, vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALONZO R. PECK and Others v. SAMUEL S. PECK and Others.— Motion granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EUGENE SAXE v. SUGARLAND MANUFACTURING COMPANY.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISIDOR KASNER v. SUSAN M. MERIAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN STAFF, Respondent, v. BEMIS REALTY CORPORATION and Another, Impleaded with ABRAHAM FINKENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BER-NAVA and BARNEY MORTILLARO, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.